**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 04-1487

---

IN RE:  LISA ANNETTE BROADNAX,

                                         Debtor,

------------------------------

LDA ANNETTE BROADNAX,

                                Plaintiff - Appellant

        versus

VETERANS AFFAIRS,

                                Defendant - Appellee,

UNITED STATES TRUSTEE,

                                   Party in Interest.

---

No. 04-1488

---

IN RE:  LISA ANNETTE BROADNAX,

                                         Debtor,

------------------------------

LISA ANNETTE BROADNAX,

                                Plaintiff - Appellant,

        versus

VETERAN AFFAIRS,

                                    Defendant - Appellee,

UNITED STATES TRUSTEE,

                                    Party in Interest.

_____

Appeals from the United States District Court for the Eastern District of Virginia, at Norfolk. Raymond A. Jackson, District Judge. (CA-04-42-2; CA-03-913-2; BK-02-72575-DHA; APN-03-7138)

_____

Submitted: July 29, 2004          Decided: August 3, 2004

_____

Before LUTTIG, MICHAEL, and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Lisa Annette Broadnax, Appellant Pro Se.  Paul Joseph McNulty, United States Attorney, Alexandria, Virginia; Gregory David Stefan, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In these consolidated appeals, Lisa Annette Broadnax appeals the district court's orders: (1) dismissing an appeal from the bankruptcy court for failing to designate the record, as required by Fed. Bankr. R. 8006, and denying her motion for reconsideration and (2) dismissing as untimely another appeal from a bankruptcy court order. We have reviewed the records and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See <u>Broadnax v. Veteran Affairs</u>, Nos. CA-04-42-2; CA-03-913-2 (E.D. Va. filed Mar. 9, 2004 & entered Mar. 10, 2004; Apr. 1, 2004; filed Apr. 2, 2004 & entered Apr. 5, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>